# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KRISTEN E. WYSOCKI,**

      **Plaintiff,**

**-vs-**                          **Case No. 6:06-cv-255-Orl-19KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **OPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 14)**
>
> **FILED:** November 2, 2006
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff Kristen E. Wysocki has requested that the Court remand this case and award benefits. Doc. No. 17. The Court may order an award of benefits only "where the [Commissioner] has already considered the essential evidence and it is clear that the cumulative effect of the evidence establishes disability without any doubt." *Davis v. Shalala*, 985 F.2d 528, 534 (11th Cir. 1993); *accord Lewis v. Callahan*, 125 F.3d 1436, 1441 (11th Cir. 1997). To make this determination, the Court must consider the case on the merits.

It is **ORDERED** that the Commissioner shall file a memorandum of law addressing the merits of the case on or before November 22, 2006.

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties